**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN BODENNER**, | Case No. 3:13-cv-01532-JE |
| Plaintiff, | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, Defendant. | |

    Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $4,769.01 is awarded to Plaintiff.  It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's mailing address at PO Box 421, West Linn, OR 97068.  If Plaintiff has such debt, then the check for any remaining

1 - ORDER FOR EAJA FEES

funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.  There are no costs or expenses to be paid herein.

DATED this __19th__ day of __February_____, 2015.

/s/ John Jelderks
_____
The Honorable John Jelderks
United States District Court Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES